# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. BURY,<br><br>        Plaintiff,<br><br>  v.<br><br>AMY BRADISH, et al.,<br><br>        Defendants. | CASE NO. 1:05-CV-00600-OWW-LJO-P<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT AGAINST DEFENDANT RASCOE<br><br>(Doc. 16)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY OF THIS ORDER AND DOCUMENT 16 TO DEFENDANTS BRADISH AND RASCOE, CARE OF DEPUTY ATTORNEY GENERAL KEVIN REAGER |

Defendant Rascoe waived service of summons and her response to plaintiff's complaint was due on or before June 2, 2006. Doc. 18; Fed. R. Civ. P. 6(e). Defendant Rascoe has not filed a response or otherwise been in contact with the Court. Accordingly, the Clerk's Office is HEREBY DIRECTED to enter default against defendant Rascoe. Fed. R. Civ. P. 55(a).

The Clerk's Office is FURTHER DIRECTED to (1) send a copy of this order to defendant Karen Rascoe, c/o Deputy Attorney General Kevin W. Reager, 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, California, 94244-2550, and (2) send a copy of document number 16 to defendant Amy Bradish, c/o Deputy Attorney General Kevin W. Reager.

IT IS SO ORDERED.

**Dated:   June 30, 2006**            /s/ Lawrence J. O'Neill
b9ed48                           UNITED STATES MAGISTRATE JUDGE