# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. BURY, | CASE NO. 1:05-CV-00600-OWW-LJO-P |
| Plaintiff, | ORDER STRIKING DUPLICATIVE REQUESTS FOR ENTRY OF DEFAULT AND FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BRADISH |
| v. | |
| AMY BRADISH, et al., | (Docs. 32 and 33) |
| Defendants. | |

On October 10, 2006, plaintiff filed requests seeking the entry of default and the entry of default judgment against defendant Bradish. Both requests have already been made by plaintiff. The Clerk of the Court entered default against defendant Bradish on June 9, 2006, and on September 28, 2006, plaintiff's motion for default judgment was served on defendant Bradish by the Clerk's Office. Defendant Bradish has twenty-one days within which to respond. Local Rule 78-230(m). Plaintiff did not seek leave of court to amend or supplement his pending motion for entry of default judgment. For these reasons, both requests shall be stricken from the record as duplicative of previously filed motions.

To the extent plaintiff filed a second motion for entry of default judgment to set forth a future calendar date, plaintiff's motion is unnecessary. The motion shall be resolved on the papers and shall not be set for hearing, unless the court deems it necessary upon review of the moving and responsive papers. Local Rule 78-230(m).

///

///

1

Accordingly, plaintiff's requests seeking the entry of default and the entry of default judgment against defendant Bradish, filed October 10, 2006, are HEREBY STRICKEN as duplicative of previously filed motions.

IT IS SO ORDERED.

**Dated:   October 13, 2006**            /s/ Lawrence J. O'Neill
b9ed48                         UNITED STATES MAGISTRATE JUDGE