IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. BURY,<br><br>         Plaintiff,<br><br>    vs.<br><br>A. BRADISH, et al.,<br><br>         Defendants.<br>_____/ | 1:05-cv-00600 LJO-GSA (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO FILE OPPOSITION<br>TO THE DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT<br><br>(DOCUMENT #48)<br><br>(30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2007, plaintiff filed a motion to extend time to file opposition to the Defendant's Motion for Summary Judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file opposition to the Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

**Dated: January 11, 2008**                              **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE