IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY W. BURRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. BRADISH, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:05-cv-00600-LJO-GSA (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #55)<br><br>THIRTY DAY DEADLINE |

　　　　On June 24, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file objections to findings and recommendations.


　　　　IT IS SO ORDERED.

　　　　Dated:   **June 25, 2008**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE